UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID JOE KERNS, 243903,** | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3:13-CV-5014-B |
| | § | |
| **WILLIAM STEPHENS, Director TDCJ,** | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED AND DECREED that the Petitioner's writ of habeas corpus under 28 U.S.C. § 2254 is transferred to the Fifth Circuit Court of Appeals pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

SIGNED this 15th day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE